UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHATTERPLUG, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL INTENT, LLC, an Illinois limited liability company, and KINDRED HEALTHCARE, INC., a Delaware corporation,<br><br>    Defendants. | Case Number: 1:16-cv-04056<br><br>Judge: Honorable Sharon Johnson Coleman<br><br>Magistrate Judge: Honorable Sheila Finnegan |

**JOINT NOTICE OF WRITTEN SETTLEMENT AGREEMENT**

On December 20, 2016, Plaintiff ChatterPlug, Inc. (ChatterPlug) and Defendants Digital Intent, LLC (Digital Intent) and Kindred Healthcare, Inc. (Kindred) (collectively, Parties) "reached a binding settlement agreement." (Docket No. (DN) 82.)

On December 22, 2016, the Parties filed a Joint Stipulation of Dismissal. (DN 83.)

On January 9, 2017, the Court entered a corresponding Minute Entry. (DN 85.)

Pursuant to DNs 83 and 85, the Parties hereby jointly notify the Court that they have documented the settlement agreement reached on December 20, 2016, through and in an executed written settlement agreement, namely, the Confidential Settlement Agreement, Release And Covenant Not To Sue.

The Parties respectfully and jointly request that the Court enter a final order of dismissal, which order (1) dismisses this action with prejudice, with (a) each side (Plaintiff (ChatterPlug) and

1

Defendants (Digital Intent and Kindred)) to bear its own costs, expenses and attorney's(s') fees, as specified in the Confidential Settlement Agreement, Release And Covenant Not To Sue, and (b) the Court to retain jurisdiction for the purpose of enforcing the terms and provisions of the Confidential Settlement Agreement, Release And Covenant Not To Sue, (2) denies, as moot, ChatterPlug's Motion For Status Hearing (DN 94), which seeks to reopen the case (DN 100), (3) strikes the July 14, 2017 deadline for the Parties to comply with the Court's standing order regarding settlement and to provide written submissions (DN 100) and (4) strikes the Settlement Conference set for July 24, 2017 at 1:30 p.m. (DN 100).

Dated: July 14, 2017

Respectfully submitted,

By: */s/ Dean A. Pelletier*
Dean A. Pelletier
IL Bar No. 6230024
N.D. IL Trial Bar Member
Pelletier Law, LLC
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
T: 773-472-7777
dpelletier@pelletier-ip.com

*Counsel for ChatterPlug, Inc.*

By: */s/ Jennifer Kovalcik*
Joel Beres
Jennifer Kovalcik
Melissa Hunter Smith
STITES & HARBISON
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
T: 502-681-0324; 615-782-2214
jberes@stites.com
jkovalcik@stites.com
melissa.smith@stites.com

*Counsel for Kindred Healthcare, Inc.*

By: */s/ Lynn E. Rzonca*
Lynn E. Rzonca
Chad O. Stouffer
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
T: 215.864.8109
rzoncal@ballardspahr.com
staufferc@ballardspahr.com

*Counsel for Digital Intent, LLC*

**CERTIFICATE OF SERVICE**

      I, Dean A. Pelletier, an attorney, hereby certify that on July 14, 2017, I caused the foregoing **JOINT NOTICE OF WRITTEN SETTLEMENT AGREEMENT** to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of the filing to:

Lynn E. Rzonca
Chad O. Stouffer
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
T: 215.864.8109
rzoncal@ballardspahr.com
staufferc@ballardspahr.com

Matthew Klepper
Joseph A. Roselius
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
T: 312.368.4000
matthew.klepper@dlapiper.com
joseph.roselius@dlapiper.com

*Counsel for Digital Intent, LLC*

Kevin Tottis
Monica L. Thompson
Rachel M. Vorbeck
TOTTISLAW
One East Wacker Drive, Suite 1205
Chicago, Illinois 60601
T: 312.527.1400
KTottis@tottislaw.com
MThompson@tottislaw.com
RMVorbeck@tottislaw.com

Joel Beres
Jennifer Kovalcik
Melissa Hunter Smith
STITES & HARBISON
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
T: 502-681-0324; 615-782-2214
jberes@stites.com
jkovalcik@stites.com
melissa.smith@stites.com

Stephen Kubiatowski
KINDRED HEALTHCARE, INC.
680 South Fourth Street
Louisville, Kentucky 40202
T: 502-596-3833
stephen.kubiatowski@kindred.com

*Counsel for Kindred Healthcare, Inc.*

/s/ *Dean A. Pelletier*
*Counsel for ChatterPlug, Inc.*